IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN CARLOS PEREZ GIRON, | ) | 8:09CV55 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On March 9, 2009, the court entered a Memorandum and Order (filing no. 8) stating that Petitioner's Petition for Writ of Habeas Corpus (filing no. 1) was insufficient and the court would not act upon it. The court gave Petitioner until April 20, 2009, to submit a signed Amended Petition for Writ of Habeas Corpus. (Filing No. 8.) Petitioner failed submit an Amended Petition and has not responded in any way to the court's March 9, 2009, Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Petitioner failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

April 30, 2009.                     BY THE COURT:

                                    s/ Joseph F. Bataillon
                                    Chief United States District Judge